

**U.S. Department of Justice**
*Civil Division*
*General Litigation & Appeals Section*

---

June 9, 2025

<u>VIA ECF</u>

Melissa E. Rhoades, Esq.
Clerk of Court
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re: <u>United States v. Newark, et al.</u>, No. 2:25-cv-05081 (D.N.J.)

Ms. Rhoades:

I am counsel for Plaintiff in the above referenced case. In filing the Complaint and civil cover sheet in this action on May 22, 2025, I inadvertently selected "465 Other Immigration Actions" as the nature of the suit. Please change the nature of the suit to "950 Constitutionality of State Statutes" and assign a magistrate judge to this matter. I understand that upon doing so, the Court will also issue Summonses in this action.

Thank you for your assistance in this matter.

                          <u>/s/ Hans H. Chen</u>
                          HANS H. CHEN
                          Deputy Chief
                          Affirmative Litigation Unit
                          U.S. Department of Justice
                          Civil Division
                          General Litigation & Appeals Section
                          P.O. Box 878, Ben Franklin Station
                          Washington, DC 20044
                          202-305-0190
                          Hans.h.chen@usdoj.gov