BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation
JOHN J.W. INKELES
Chief
Affirmative Litigation Unit
HANS H. CHEN
Deputy Chief
Affirmative Litigation Unit
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>CITY OF NEWARK, et al.,<br><br>    Defendants. | No. 2:25-CV-0581-EP<br><br>**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT** |

  Plaintiff United States of America hereby provides notice that on June 23, 2025, all Defendants in the above-captioned action were served with the Summons and Complaint in this action, pursuant to Federal Rule of Civil Procedure 4(j)(2), and as attested to in the Process Receipts and Returns of Service attached hereto as Exhibit A.

Dated: June 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation

JOHN J.W. INKELES
Chief
Affirmative Litigation Unit

*/s/ Hans H. Chen*
HANS H. CHEN
Deputy Chief, Affirmative Litigation Unit
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878
Washington DC 20044
(202) 305-0190
hans.h.chen@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

2