**CITY OF PATERSON**
**DEPARTMENT OF LAW**

**CITY HALL**
155 MARKET STREET
PATERSON, NJ 07505-1479
PHONE: (973) 321-1366
FACSIMILE: (973) 321-1367

*André Sayegh*
*Mayor*

**AYMEN A. ABOUSHI**
Corporation Counsel

**DOMENICK STAMPONE**
First Assistant Corp. Counsel
Chief Municipal Prosecutor

**BEN-DAVID SELIGMAN**
Second Assistant Corp. Counsel

July 10, 2025

Hon. André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martain Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07101

<u>Via ECF</u>

Re:   <u>United States of America v. City of Newark et. al.,</u>
          Civ. No. 2:25-cv-5081 (EP)(AME)

Dear Judge Espinosa:

I represent Defendants named as: City of Paterson, Paterson City Council, Alex Mendez, Paterson City Council President, in his official capacity, and André Sayegh, Mayor of Paterson, in his official capacity, collectively referred to herein a "Paterson Defendants." I am writing with the consent of opposing counsel to request a sixty (60) day extension of time to for the Paterson Defendants to respond to the Complaint. The Complaint pertains to serious matters that require additional time to investigate, obtain materials, and formulate a response. As such, additional time is needed to evaluate the complaint and prepare a response. Further, the request poses no prejudice to the Plaintiff, and opposing counsel has graciously agreed to the extension. The Paterson Defendants hereby preserve and explicitly reserve all rights, defenses, claims, and remedies.

We thank the Court for its time an attention to this matter.

Very truly yours,
s/Aymen A. Aboushi,
AYMEN A. ABOUSHI
CORPORATION COUNSEL