AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   2:25-cv-05081 |
| City of Newark, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   07/14/2025

/s/ Aysha T. Iqbal
*Attorney's signature*

Aysha T. Iqbal- DC Bar No. 241424
*Printed name and bar number*

U.S. Department of Justice, Civil Division, Office of Immigration Litigation
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044
*Address*

Aysha.T.Iqbal@usdoj.gov
*E-mail address*

(202) 451-7672
*Telephone number*

(202) 305-7000
*FAX number*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.