AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-5081 |
| CITY OF NEWARK, et al., ) | |
| *Defendants* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attachment.

Date: 07/14/2025

/s/ Gurbir Grewal
*Attorney's signature*

Gurbir Grewal, NJ 027771999
*Printed name and bar number*
Milbank LLP
55 Hudson Yards
New York, NY 10001

*Address*

ggrewal@milbank.com
*E-mail address*

(212) 530-5775
*Telephone number*

(212) 530-5219
*FAX number*

## **Defendants Represented by Counsel**

CITY OF NEWARK

NEWARK CITY COUNCIL

C. LAWRENCE CRUMP, Newark City Council President, in his official capacity

RAS J. BARAKA, Mayor of Newark, in his official capacity

CITY OF HOBOKEN

HOBOKEN CITY COUNCIL

JAMES DOYLE, Hoboken City Council President, in his official capacity

RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity