

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229 ● FAX (201) 547-5230

**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**BRITTANY M. MURRAY**
*ACTING CORPORATION COUNSEL*

July 14, 2025

<u>**via ECF**</u>
Honorable André M. Espinosa, U.S.M.J.
Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

**ORDER**

Re:   <u>United States of America v. City of Newark, et al.
Civil Action No. 2:25-cv-5081</u>

Dear Judge Espinosa:

The undersigned represents Defendants City of Jersey City, Jersey City City Council, Joyce E. Watterman and Steven Fulop ("Jersey City defendants") in the above-captioned matter. Please accept this letter pursuant to Local Civ. R. 6.1(b).

With the consent of counsel for the plaintiff, the Jersey City defendants hereby submit this application for extension of time to answer, move or otherwise reply for an additional sixty (60) days. No previous extensions have been granted and service of process was executed on June 24, 2025. A response is currently due July 15, 2025; therefore, the requested extension would reset the Jersey City defendants' time to respond to **<u>September 13, 2025</u>**.

We appreciate the consent of our adversary, and the Court's time and consideration of this request.

Respectfully submitted,

**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**

By: <u>*/s/ Brittany M. Murray*</u>

cc:   All counsel of record via ECF

Service of process having been executed on June 23, 2025, and for good cause shown, the time for the Jersey City Defendants to answer, move, or otherwise reply is extended by 45 days, to **August 28, 2025**.

**SO ORDERED.** July 15, 2025

<u>  */s/ André M. Espinosa*       </u>
ANDRÉ M. ESPINOSA
United States Magistrate Judge