Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5775
Fax: (212) 530-5219
ggrewal@milbank.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWARK et al.,<br><br>    Defendants. | Case No. 2:25-cv-5081 |

**DECLARATION OF GURBIR S. GREWAL IN SUPPORT OF *PRO HAC VICE* ADMISSION OF KRISTINA ALEKSEYEVA**

I, Gurbir S. Grewal, declare under penalty of perjury as follows:

1.  I am an attorney admitted to the state bar of New Jersey and a partner at the law firm Milbank LLP. I am counsel of record for defendants City of Newark; Newark City Council; C. Lawrence Crump, Newark City Council President, in his official capacity; Ras J. Baraka, Mayor of Newark, in his official capacity; the City of Hoboken; Hoboken City Council; James Doyle, Hoboken City Council President, in his official capacity; and Ravinder S. Bhalla, Mayor of Hoboken, in his official capacity (collectively, "Defendants") in the above-referenced matter. I make this Declaration in support of Defendants' Motion for Admission of Kristina Alekseyeva *pro hac vice* for the purposes of this action.

2.  As set forth in the accompanying Declaration of Kristina Alekseyeva, Ms. Alekseyeva has been a member in good standing of the bar of the District of Columbia since 2025.

3.     Additionally, Ms. Alekseyeva has been admitted to the following state and United States courts: the State of New York (as of 2019), the United States Supreme Court (2025), the United States Court of Appeals for the First Circuit (2025), the United States Court of Appeals for the Third Circuit (2023), the United States Court of Appeals for the Fourth Circuit (2022), the United States Court of Appeals for the Fifth Circuit (2024), the United States Court of Appeals for the Sixth Circuit (2025), the United States Court of Appeals for the Seventh Circuit (2024), the United States Court of Appeals for the Ninth Circuit (2021), the United States Court of Appeals for the Federal Circuit (2021), the United States Court of Appeals for the District of Columbia Circuit (2025), the United States Court of Federal Claims (2021), and the United States District Court for the Southern District of New York (2020).

4.     Ms. Alekseyeva understands, as do I, that if she is admitted *pro hac vice*, either I or another attorney at law authorized to practice in the State of New Jersey shall continue to act as attorney of record for the Plaintiffs in this matter, will sign all pleadings, briefs, and other papers filed with the Court, attend all court appearances unless excused by the Court, and will be held responsible for such papers and appearances, for the conduct of the case, and for the conduct of Ms. Alekseyeva.

5.     I shall be responsible for ensuring Ms. Alekseyeva's compliance with Local Rule 101.1(c).

6.     If the application is granted, Ms. Alekseyeva will maintain her payments due to the New Jersey Lawyers' Fund for Client Protection, as required by N.J. Court Rule 1:28-2(a) and Local Civil Rule 101.1(c) and otherwise comply with Local Civil Rule 101.1.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2025                                Respectfully submitted,

                                                    <u>*/s/* Gurbir S. Grewal</u>

                                                    Gurbir S. Grewal
                                                    MILBANK LLP
                                                    55 Hudson Yards
                                                    New York, NY 10001
                                                    Tel: (212) 530-5775
                                                    Fax: (212) 530-5219
                                                    ggrewal@milbank.com

                                                    *Counsel for Defendants City of Newark; Newark City Council; C. Lawrence Crump, Newark City Council President, in his official capacity; Ras J. Baraka, Mayor of Newark, in his official capacity; the City of Hoboken; Hoboken City Council; James Doyle, Hoboken City Council President, in his official capacity; and Ravinder S. Bhalla, Mayor of Hoboken, in his official capacity*