# Milbank

**GURBIR S. GREWAL**
*Partner*
55 Hudson Yards  |  New York, NY 100001-2163
T: +1 (212) 530-5770
ggrewal@milbank.com  |  milbank.com

July 21, 2025

<u>**Via ECF**</u>

Honorable Evelyn Padin, U.S.D.J.
Honorable André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re: United States of America v. City of Newark et al.,**
      **Civil Action No. 2:25-cv-5081**

Dear Judge Espinosa:

    Pursuant to Local Civ. R. 6.1(b), Defendants City of Newark; Newark City Council; C. Lawrence Crump, Newark City Council President, in his official capacity; Ras J. Baraka, Mayor of Newark, in his official capacity; the City of Hoboken; Hoboken City Council; James Doyle, Hoboken City Council President, in his official capacity; and Ravinder S. Bhalla, Mayor of Hoboken, in his official capacity ("Newark and Hoboken Defendants") request an additional 31-day extension until **August 28, 2025** to answer, move or otherwise reply to the complaint.

    Service of process was effected on June 23, 2025. The Newark and Hoboken Defendants previously received a 14-day extension upon application to the Clerk, extending our time to respond until July 28, 2025. We request this additional extension to allow counsel to fully brief the complex issues involved in this case and to put the Newark and Hoboken Defendants on the same schedule as the Jersey City Defendants, who were granted a 45-day extension. *See* ECF No. 16. We have conferred with counsel for the government, and they consent to the extension.

                                         Respectfully submitted,

                                         */s/ Gurbir S. Grewal*

                                         Gurbir S. Grewal

cc:    All counsel of record via ECF