UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>                          Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK; CITY OF JERSEY CITY; CITY OF PATERSON; CITY OF HOBOKEN; NEWARK CITY COUNCIL; JERSEY CITY CITY COUNCIL; PATTERSON CITY COUNCIL; HOBOKEN CITY COUNCIL; C. LAWRENCE CRUMP, Newark City Council President, in his official capacity; JOYCE E. WATERMAN, Jersey City City Council President, in her official capacity; ALEX MENDEZ, Paterson City Council President, in his official capacity; JAMES DOYLE, in his official capacity; RAS J. BARAKA, Mayor of Newark, in his official capacity; STEVEN M. FULOP, Mayer of Jersey City, in his official capacity; ANDRÉ SAYEGH, Mayor of Paterson, in his official capacity; RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity,<br>                          Defendants. | CIVIL NO. 2:25-5081<br><br>**NOTICE OF CHANGE OF ADDRESS** |

      PLEASE TAKE NOTICE that effective July 28, 2025, the law firm Milbank LLP has relocated its Washington, D.C. office to the following address:

>**Milbank LLP**
>**1101 New York Avenue, NW**
>**Washington, D.C. 20005**

Please direct any hard copy service to us at our new address. Please note that Mr. Gurbir S. Grewal remains based out of Milbank's New York address, the address of which remains unchanged.

Dated: August 5, 2025                                MILBANK LLP

By: /s/ *Gurbir S. Grewal*
Gurbir S. Grewal
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5775
Fax: (212) 530-5219
ggrewal@milbank.com

Neal Kumar Katyal
   (Admitted *Pro Hac Vice*)
Colleen Roh Sinzdak
   (Admitted *Pro Hac Vice*)
Kristina Alekseyeva
   (Admitted *Pro Hac Vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 835-7500
nkatyal@milbank.com
crohsinzdak@milbank.com
kalekseyeva@milbank.com

*Counsel for Defendants City of Newark; Newark City Council; C. Lawrence Crump, Newark City Council President, in his official capacity; Ras J. Baraka, Mayor of Newark, in his official capacity; the City of Hoboken; Hoboken City Council; James Doyle, Hoboken City Council President, in his official capacity; and Ravinder S. Bhalla, Mayor of Hoboken, in his official capacity*