# Milbank

**GURBIR S. GREWAL**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5775
ggrewal@milbank.com  |  milbank.com

September 26, 2025

<u>**Via ECF**</u>

The Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

   **Re:** *United States of America v. City of Newark*, No. 2:25-cv-5081

Dear Judge Padin:

  We represent Defendants City of Newark, Newark City Council, C. Lawrence Crump, Ras J. Baraka, City of Hoboken, Hoboken City Council, James Doyle, and Ravinder S. Bhalla ("Newark and Hoboken Defendants") in the above-captioned action. We write in response to this Court's September 22, 2025 order requesting the parties jointly propose a briefing schedule for the filings of Defendants' motions to dismiss. *See* Dkt. No. 32.

  Counsel for Newark and Hoboken Defendants, for the other Defendants in this action, and for Plaintiff have conferred and agreed on the following proposed schedule:

- **Tuesday, October 14**: deadline for all Defendants to file Motions to Dismiss;
- **Friday, November 14**: deadline for Plaintiff to file a response to the Motions; and
- **Friday, December 5**: deadline for all Defendants to submit replies in support of their Motions.

 We respectfully request the Court approve the parties' joint request and approve the proposed briefing schedule. Thank you for your Honor's time and attention to this matter.

                Respectfully submitted,

                */s/ Gurbir S. Grewal*
                Gurbir S. Grewal

cc: All counsel of record via ECF

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO