

**U.S. Department of Justice**
*Civil Division*

*Washington, D.C. 20044*

---

VIA ECF                                                                                                          October 14, 2025

Hon. Evelyn Padin, United States District Judge
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**Re:**   *United States of America v. City of Newark*, **No. 2:25-cv-5081 (D.N.J.)**

Dear Judge Padin,

     Plaintiff United States of America hereby moves for a stay of the entire case in the above-captioned case.

     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Plaintiff. The Department does not know when such funding will be restored by Congress.

     Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiff are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

     Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

     Opposing counsel has authorized counsel for the Government to state that they oppose this motion.

     Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

October 14, 2025
Page 2

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    DREW C. ENSIGN
    Deputy Assistant Attorney General

    ANTHONY P. NICASTRO
    Acting Director
    Office of Immigration Litigation

    JOHN J.W. INKELES
    Chief
    Affirmative Litigation Unit

    */s/ Hans H. Chen*
    HANS H. CHEN
    Deputy Chief, Affirmative Litigation Unit
    U.S. Department of Justice
    Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878
    Washington DC 20044
    (202) 305-0190
    hans.h.chen@usdoj.gov

    AYSHA T. IQBAL
    Trial Attorney

    Attorneys for Plaintiff
    United States of America