Gurbir S. Grewal, Bar No. 027771999
   *Counsel of Record*
MILBANK LLP
55 Hudson Yards
New York, NY 10001
ggrewal@milbank.com
Tel.: (212) 530-5000
Fax: (212) 530-5219

Neal K. Katyal (admitted *pro hac vice*)
Colleen Roh Sinzdak (admitted *pro hac vice*)
Kristina Alekseyeva (admitted *pro hac vice*)
MILBANK LLP
1101 New York Ave, NW
Washington, DC 20005

*Counsel for Defendants*
*City of Newark, Newark City Council, C. Lawrence*
*Crump, Ras J. Baraka, City of Hoboken, Hoboken*
*City Council, James Doyle, and Ravinder S. Bhalla*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK ET AL.,<br><br>Defendants. | Hon. Evelyn Padin, U.S.D.J.<br><br>Civil Action No. 2:25-cv-5081<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)**<br><br>(ELECTRONICALLY FILED) |

To:   United States District Court
      District of New Jersey – Newark Vicinage
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07102

      Aysha Iqbal
      202-451-7672
      aysha.t.iqbal@usdoj.gov

Hans Harris Chen
202-307-4469
hans.h.chen@usdoj.gov
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
*Counsel for Plaintiff*

Sean Skedzielewski
202-860-9960
sean.skedzielewski@usdoj.gov
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
*Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on **October 14, 2025**, or as soon thereafter as counsel may be heard, counsel for City of Newark, Newark City Council, C. Lawrence Crump, Ras J. Baraka, City of Hoboken, Hoboken City Council, James Doyle, and Ravinder S. Bhalla ("Newark and Hoboken Defendants") shall move before the United States District Court for the District of New Jersey for an Order dismissing all claims against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely on the attached Memorandum of Law in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form Order is submitted herewith.

Dated: October 14, 2025                                   By:   /s/ Gurbir S. Grewal
                                                                Gurbir S. Grewal
                                                                *Counsel for Defendants* (027771999)