Gurbir S. Grewal, Bar No. 027771999
  *Counsel of Record*
MILBANK LLP
55 Hudson Yards
New York, NY 10001
ggrewal@milbank.com
Tel.: (212) 530-5000
Fax: (212) 530-5219

Neal K. Katyal (admitted *pro hac vice*)
Colleen Roh Sinzdak (admitted *pro hac vice*)
Kristina Alekseyeva (admitted *pro hac vice*)
MILBANK LLP
1101 New York Ave, NW
Washington, DC 20005

*Counsel for Defendants*
*City of Newark, Newark City Council, C. Lawrence*
*Crump, Ras J. Baraka, City of Hoboken, Hoboken*
*City Council, James Doyle, and Ravinder S. Bhalla*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEWARK ET AL., <br><br> Defendants. | Hon. Evelyn Padin, U.S.D.J. <br><br> Civil Action No. 2:25-cv-5081 <br><br> **CIVIL ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> (ELECTRONICALLY FILED) |

  This matter having come before the Court on a Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure by Gurbir S. Grewal, Neal K. Katyal, Colleen Roh Sinzdak, and Kristina Alekseyeva, appearing on behalf of Defendants, City of Newark, Newark City Council, C. Lawrence Crump, Ras J. Baraka, City of Hoboken, Hoboken

City Council, James Doyle, and Ravinder S. Bhalla, and the Court having considered the papers submitted herein, and for good cause shown,

It is on this _____ day of _____, 2025,

**ORDERED** that the Motion to Dismiss Plaintiff's Complaint with prejudice in the lawsuit entitled *United States v. City of Newark,* Docket Number 2:25-cv-5081, is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint in the above matter is hereby **DISMISSED WITH PREJUDICE.**

 

 

_____
Evelyn Padin, U.S.D.J.