# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF NEWARK, *et al.*, <br><br> Defendants. | No. 2:25-cv-05081-EP-AME |

## NOTICE OF MOTION OF SIXTY-SIX CITIES, COUNTIES, AND ELECTED OFFICIALS FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that on November 17, 2025, or such date and time as counsel may be heard, the undersigned counsel for Cities Counties, and Elected Officials shall move before the Court for leave to file a brief *amicus curiae* in support of Defendants' Motions to Dismiss;

**PLEASE TAKE FURTHER NOTICE** that the proposed amicus brief is attached to the accompanying memorandum as Exhibit A; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this Motion.

Dated: October 21, 2025

/s/ *John S. Stapleton*
John S. Stapleton
Stapleton Segal Cochran LLC
One Greentree Centre

Submitted By:

/s/ *Karianne Jones*
Karianne Jones*
Evergreen Legal Strategies LLP
1763 Columbia Rd NW, Suite 100

10000 Lincoln Dr. East, Suite 203
Marlton, NJ 08053
jstapleton@stapletonsegal.com

/s/ *Toby Merrill*
Toby Merrill*
Graham Provost *
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
toby@publicrightsproject.org
graham@publicrightsproject.org

Washington, D.C. 20009
karianne@evergreenlegalstrategies.com


*Application for admission *pro hac vice*
forthcoming


*Attorneys for Proposed Amici Curiae
Sixty-Six Cities, Counties,
and Elected Officials*

2