UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEWARK, *et al.*,<br><br>Defendants. | No. 2:25-cv-05081-EP-AME |

**MEMORANDUM OF SIXTY-SIX CITIES, COUNTIES, AND ELECTED OFFICIALS FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

In support of their motion for leave to appear as *amicus curiae* and file an amicus brief (attached as Exhibit A) in support of Defendants' motions to dismiss, the Cities, Counties, and Elected Officials (collectively "Proposed Amici") state as follows:

1. Proposed Amici are sixty-six cities, counties, and local elected officials across the country.

2. District Courts have broad discretion to permit an appearance as amicus curiae and to determine the scope of amicus participation. *See United States v. Alkaabi*, 223 F. Supp. 2d 583, 592 (D.N.J. 2002) ("The extent, if any, to which an amicus curiae should be permitted to participate in a pending action is solely within the broad discretion of the district court." (citation omitted)).

3. There is no rule expressly governing the appearance of *amici* in the District Court for the District of New Jersey, but the Third Circuit's application of Federal Rule of Appellate Procedure 29 ("Rule 29") provides guidance for courts in the District of New Jersey. *Alkaabi*, 223 F. Supp. 2d at 592.

4. Rule 29, provides that a party seeking leave to appear as amicus curiae must state: "(A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3).

5. The Third Circuit broadly construes Rule 29's criteria because "it is preferable to err on the side of granting leave" than "be deprived of a resource" that might have been of assistance to the court. *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 133 (3d Cir. 2002).

6. In this matter, the federal government seeks to enjoin municipal policies of the Cities of Newark, Jersey City, Paterson, and Hoboken (the "Defendant Cities"). Here, Proposed Amici have a special interest in the case because many of their jurisdictions have adopted policies similar to those of the Defendant Cities. Indeed, several of Proposed Amici face similar lawsuits filed by the federal government. In this case, as in other similar cases, the federal government attempts to upset the careful balance of power inherent in principles of federalism and remove local government authority to adopt law enforcement policies that advance the

interests of their communities. Proposed Amici have a strong interest in ensuring that their jurisdictions retain the ability to organize their own law enforcement priorities without improper interference from the federal government.

7.  Proposed Amici also provide information that is timely and useful. In particular, the proposed brief describes the extensive social science research amici have relied upon in deciding to adopt so-called sanctuary policies. This research demonstrates that such policies make local jurisdictions safer, healthier, and more economically prosperous.

## CONCLUSION

For the foregoing reasons, Proposed Amici respectfully request the Court grant the motion for leave to appear as *amicus curiae* and to file the attached brief.

Dated: October 21, 2025                     Submitted By:

/s/ *John S. Stapleton*                          /s/ *Karianne Jones*
John S. Stapleton                                Karianne Jones*
Stapleton Segal Cochran LLC                      Evergreen Legal Strategies LLP
One Greentree Centre                             1763 Columbia Rd NW, Suite 100
10000 Lincoln Dr. East, Suite 203                Washington, D.C. 20009
Marlton, NJ 08053                                karianne@evergreenlegalstrategies.com
jstapleton@stapletonsegal.com

/s/ *Toby Merrill*
Toby Merrill*
Graham Provost *                                 *Application for admission *pro hac vice*
Public Rights Project                            forthcoming
490 43rd Street, Unit #115
Oakland, CA 94609
toby@publicrightsproject.org                     *Attorneys for Proposed Amici Curiae*
graham@publicrightsproject.org                   *Sixty-Six Cities, Counties,*
                                                 *and Elected Officials*