Farrin R. Anello
Délany Sisirucá*
Molly K.C. Linhorst
Katie Considine
Jeanne LoCicero
Ezra D. Rosenberg
American Civil Liberties Union
  of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1713
fanello@aclu-nj.org

*Attorneys for Proposed Amici Curiae*

*Pro Hac Vice Application Forthcoming*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF NEWARK; CITY OF JERSEY CITY; CITY OF PATERSON; CITY OF HOBOKEN; NEWARK CITY COUNCIL; JERSEY CITY CITY COUNCIL; PATERSON CITY COUNCIL; HOBOKEN CITY COUNCIL; C. LAWRENCE CRUMP, Newark City Council President, in his official capacity; JOYCE E. WATTERMAN, Jersey City City Council President, in her official | Civil Action No.: 2:25-cv-05081-EP-AME<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A BRIEF OF AMICI CURIAE** |

capacity; ALEX MENDEZ, Paterson City Council President, in his official capacity; JAMES DOYLE, Hoboken City Council President, in his official capacity; RAS J. BARAKA, Mayor of Newark, in his official capacity; STEVEN M. FULOP, Mayor of Jersey City, in his official capacity; ANDRÉ SAYEGH, Mayor of Paterson, in his official capacity; RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity,

    *Defendants*.

**PLEASE TAKE NOTICE** that upon the Certification of Farrin R. Anello in support of the motion for leave to file a brief of amici curiae, the American Civil Liberties Union of New Jersey ("ACLU-NJ"), and 29 other organizations that represent or advocate on behalf of a wide range of New Jersey communities, request leave to file a brief as amici curiae in the above-captioned matter and request that the proposed brief that accompanies this motion be filed.

Dated: October 28, 2025           Respectfully Submitted,

                                        By: *s/ Farrin R. Anello*
                                              Farrin R. Anello

                                        *Attorney for Proposed Amici Curiae*