

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

November 6, 2025

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *United States v. City of Newark, et al.*
    Civil Action No. 2:25-cv-05081-EP-AME

Dear Judge Espinosa:

On behalf of proposed amici curiae the American Civil Liberties Union of New Jersey and 29 other organizations in the above-captioned matter, I am submitting materials for Délany Sisirucá to be admitted *pro hac vice*.

Ms. Sisirucá has contacted counsel for all parties who advised that they do not object to her admission to represent proposed amici. Pursuant to your honor's posted judicial preferences, I am attaching to this letter a proposed form of order along with a certification from Ms. Sisirucá attesting to her admission and good standing and my respective certification stating that I will be responsible for her conduct in this matter and will otherwise comply with L. Civ. R. 101(c).

Thank you very much for the Court's time and consideration of this request.

Respectfully submitted,

*Jeanne LoCicero*
Jeanne LoCicero
*Co-Counsel for Proposed Amici Curiae*