# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　*Plaintiff*,<br><br>v.<br><br>CITY OF NEWARK; CITY OF JERSEY CITY; CITY OF PATERSON; CITY OF HOBOKEN; NEWARK CITY COUNCIL; JERSEY CITY CITY COUNCIL; PATERSON CITY COUNCIL; HOBOKEN CITY COUNCIL; C. LAWRENCE CRUMP, Newark City Council President, in his official capacity; JOYCE E. WATTERMAN, Jersey City City Council President, in her official capacity; ALEX MENDEZ, Paterson City Council President, in his official capacity; JAMES DOYLE, Hoboken City Council President, in his official capacity; RAS J. BARAKA, Mayor of Newark, in his official capacity; STEVEN M. FULOP, Mayor of Jersey City, in his official capacity; ANDRÉ SAYEGH, Mayor of Paterson, in his official capacity; RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity,<br><br>　　*Defendants*. | Civil Action No.:<br>2:25-cv-05081-EP-AME<br><br>**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Jeanne LoCicero, Esq. ["movant"], attorney for proposed amici curiae the American Civil Liberties Union of New Jersey ("ACLU-NJ") and 29 other organizations, on application for an Order allowing Délany Sisirucá, Esq. ["counsel"], to appear and participate *pro hac vice* [Docket Entry No. \_\_\_\_]; and the Court having considered the moving papers;

It is on this _____ day of _____, 2025,

**ORDERED** that Délany Sisirucá, member in good standing of the Bar of New York, is granted permission to appear *pro hac vice* in the above-captioned matter on behalf of proposed amici curiae the ACLU-NJ and 29 other organizations pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by movant, or other co-counsel who are admitted to the Bar of this Court and movant shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of counsel admitted hereby; and it is further

**ORDERED** that counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and

New Jersey Court Rule 1:28-2 within thirty (30) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

**ORDERED** that counsel shall make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within thirty (30) days of the date of the entry of this Order; and it is further

**ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that counsel may file a request with the Clerk of Court, the form of which is available at the Court's website, to receive electronic notifications in this matter.

IT IS SO ORDERED:

DATED this _____ day of _____, 2025.

_____
Hon. André M. Espinosa, U.S.M.J.