Jeanne LoCicero
American Civil Liberties Union
  of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1715
jlocicero@aclu-nj.org

*Attorney for Proposed Amici Curiae*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF NEWARK; CITY OF JERSEY CITY; CITY OF PATERSON; CITY OF HOBOKEN; NEWARK CITY COUNCIL; JERSEY CITY CITY COUNCIL; PATERSON CITY COUNCIL; HOBOKEN CITY COUNCIL; C. LAWRENCE CRUMP, Newark City Council President, in his official capacity; JOYCE E. WATTERMAN, Jersey City City Council President, in her official capacity; ALEX MENDEZ, Paterson City Council President, in his official capacity; JAMES DOYLE, Hoboken City Council President, in his official capacity; RAS J. BARAKA, Mayor of Newark, in his official capacity; | Civil Action No.:<br>2:25-cv-05081-EP-AME<br><br>**CERTIFICATION OF DÉLANY SISIRUCÁ** |

> STEVEN M. FULOP, Mayor of Jersey City, in his official capacity; ANDRÉ SAYEGH, Mayor of Paterson, in his official capacity; RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity,
>
>     *Defendants*.

    I, Délany Sisirucá, certify as follows:

    1.    I submit this certification in support of the application to admit me as counsel for proposed amici curiae the American Civil Liberties Union of New Jersey ("ACLU-NJ") and 29 other organizations *pro hac vice* for all purposes in the above-captioned action.

    2.    I am an attorney licensed to practice law in the State of New York. I am a Staff Attorney at the ACLU-NJ Foundation. Pursuant to L. Civ. R. 101.1(c)(1), my certificate of good standing before the Bar of the State of New York is attached as Exhibit A.

    3.    I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

    4.    I have reviewed the Local Rules of the United States District Court for the District of New Jersey and will comply with all said rules, including all disciplinary rules. I also agree to abide by the provisions set forth in Local Civil

Rule 101.1(c). I further agree to submit to this Court's jurisdiction for purposes of any disciplinary proceedings.

5.  I will make the required payment to the New Jersey Lawyer's Fund for Client Protection and will comply with the requirements of New Jersey Court Rules 1:20-1(b), 1:21-2, and 1:28-2.

6.  I will make the required payment of $250 to the Clerk of the United States District Court.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent proposed amici curiae in the above-captioned action before this Court.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: November 6, 2025

_____
Délany Sisirucá

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Delany Dianoraima Sisiruca

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 19, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on October 7, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00254155



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022