Jeanne LoCicero
American Civil Liberties Union
  of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1715
jlocicero@aclu-nj.org

*Attorney for Proposed Amici Curiae*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>CITY OF NEWARK; CITY OF JERSEY CITY; CITY OF PATERSON; CITY OF HOBOKEN; NEWARK CITY COUNCIL; JERSEY CITY CITY COUNCIL; PATERSON CITY COUNCIL; HOBOKEN CITY COUNCIL; C. LAWRENCE CRUMP, Newark City Council President, in his official capacity; JOYCE E. WATTERMAN, Jersey City City Council President, in her official capacity; ALEX MENDEZ, Paterson City Council President, in his official capacity; JAMES DOYLE, Hoboken City Council President, in his official capacity; RAS J. BARAKA, Mayor of Newark, in his official capacity; | Civil Action No.:<br>2:25-cv-05081-EP-AME<br><br><br>**CERTIFICATION OF JEANNE LOCICERO IN SUPPORT OF APPLICATION OF DÉLANY SISIRUCÁ TO APPEAR** ***PRO HAC VICE*** |

> STEVEN M. FULOP, Mayor of Jersey City, in his official capacity; ANDRÉ SAYEGH, Mayor of Paterson, in his official capacity; RAVINDER S. BHALLA, Mayor of Hoboken, in his official capacity,
>
>     *Defendants*.

I, Jeanne LoCicero, certify as follows:

    1.    I am the Legal Director for the American Civil Liberties Union of New Jersey Foundation and counsel for proposed amici curiae the American Civil Liberties Union of New Jersey ("ACLU-NJ") and 29 other organizations in the above-captioned matter.

    2.    I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey. I have never been disciplined by any Court before which I have appeared, and I have no disciplinary proceedings pending against me in any jurisdiction.

    3.    I respectfully submit this certification in support of the application of proposed amici curiae the ACLU-NJ and 29 other organizations to permit Délany Sisirucá, a Staff Attorney at the American Civil Liberties Union of New Jersey Foundation and a member in good standing of the Bar of the State of New York, to appear as counsel *pro hac vice* for all purposes in this action. The certification of

Délany Sisirucá demonstrates her qualifications and credentials for admission *pro hac vice*.

4. I will be responsible for the conduct of Ms. Sisirucá in this case.

5. I, or other co-counsel who are admitted to the District of New Jersey, will enter all appearances before this Court on behalf of proposed amici curiae the ACLU-NJ and 29 other organizations in this case.

6. I, or other co-counsel who are admitted to the District of New Jersey, will sign all pleadings, moving papers, and other submissions filed in this case on behalf of proposed amici curiae the ACLU-NJ and 29 other organizations.

7. I have read and will comply with Local Civil Rule 101.1(c) of the United States Court for the District of New Jersey.

WHEREFORE, proposed amici curiae the ACLU-NJ and 29 other organizations respectfully request that this Court enter the proposed order submitted herewith approving the admission *pro hac vice* of Délany Sisirucá.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: November 6, 2025    Respectfully Submitted,

By:  s/ Jeanne LoCicero
Jeanne LoCicero
*Attorney for Proposed Amici Curiae*