# NEWARK POLICE DEPARTMENT
## 3RD PRECINCT
## MEMORANDUM



| | |
|---|---|
| **TO:** All 3rd Precinct Personnel | **DATE:** June 8, 2026 |
| **FROM:** Maik Alexandre, Captain<br>3rd Precinct Commander | **MEMO:** 26-01<br>**FILE REF:** PTL 1 |

**SUBJECT:** DELANEY HALL CALL FOR SERVICE

---

**Effective immediately Until Further Notice:**

No officers are to handle any call for service pertaining to Delaney Hall located at 451 Doremus Ave. If officers are dispatch to a call they are to immediately notified their field supervisor or the desk boss if 303 is not available.

Tenets of this memorandum shall be the subject of roll call for the reminder of the week.

By Order Of:

_____
Maik Alexandre, Captain
3rd Precinct Commander

MA/kc