**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, *et al.*,<br><br>    Defendants. | No. 25cv5081 (EP) (AME)<br><br>**ORDER** |

In this action, Plaintiff the United States of America sues four cities in New Jersey—Newark, Hoboken, Jersey City, and Paterson—along with their respective mayors, city councils, and city council presidents,[1] regarding policies these cities have implemented that limit voluntary assistance with federal civil immigration enforcement efforts. D.E. 1 ("Complaint").

All Defendants move to dismiss. D.Es. 37, 38 & 39 (collectively, the "Motions to Dismiss"). The Federal Government opposes the Motions to Dismiss in a single consolidated filing. D.E. 58. All Defendants reply. D.Es. 61, 63 & 65.

Also pending before the Court are four motions for leave to appear as *amicus curiae*, which have been filed by: (1) the State of New Jersey, D.E. 43; (2) sixty-six cities, counties, and elected officials from across the United States, D.E. 44; (3) the American Civil Liberties Union of New Jersey, along with twenty-nine other organizations that represent or advocate on behalf of a wide range of New Jersey communities, D.E. 50; and (4) the Federation for American Immigration Reform, D.E. 60 (collectively, the "Amicus Motions").

---

[1] All Defendants are named in the accompanying Opinion.

Having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary, *see* Fed. R. Civ. P. 78; L. Civ. R. 78.1(b),

**IT IS**, on this **24th** day of June, 2026, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the Amicus Motions, D.Es. 43, 44, 50 & 60, are **GRANTED**; and it is further

**ORDERED** that the Motions to Dismiss, D.Es. 37, 38 & 39, are **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED** *without prejudice*; and it is finally

**ORDERED** that Plaintiff may file an amended complaint within **45 days** of this Order.

Evelyn Padin, U.S.D.J.

2