✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____ New Jersey _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff (s),<br>V.<br>     CITY OF NEWARK, et al.,<br><br>                    Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:**  2:25-cv-5081 |

Notice is hereby given that, subject to approval by the court, __Plaintiff United States of America__ substitutes
_____(Party (s) Name)_____

__Jackson M. Story__ , State Bar No. __1032001__ as counsel of record in
_____(Name of New Attorney)_____

place of __Sean Skedzielewski__ .
_____(Name of Attorney (s) Withdrawing Appearance)_____

Contact information for new counsel is as follows:

    Firm Name:     U.S. Department of Justice, Civil Division, Enforcement and Affirmative Litigation Branch

    Address:     P.O. Box 386, Washington D.C. 20044

    Telephone:     (202) 451-7304     Facsimile _____

    E-Mail (Optional):     jackson.m.story@usdoj.gov

I consent to the above substitution.

Date: _____

                                         (Signature of Party (s))

I consent to being substituted.

Date: _____

SEAN SKEDZIELEWSKI  Digitally signed by SEAN SKEDZIELEWSKI
Date: 2026.08.05 14:52:51 -04'00'

                               (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

JACKSON STORY  Digitally signed by JACKSON STORY
Date: 2026.08.05 15:03:31 -04'00'

                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**