**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, *et al.*,<br><br>Defendants. | No. 2:25-cv-5081-EP-AME |

**NOTICE OF APPEAL**

Please take notice that Plaintiff the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Opinion, ECF No. 78, and Order ECF No. 79, entered on June 24, 2026.

DATED: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Director
Civil Division
Enforcement and Affirmative Litigation Branch

/s/ *Jackson M. Story*
JACKSON M. STORY
Trial Attorney
U.S. Department of Justice
Civil Division
Enforcement and Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7304
E-mail: jackson.m.story@usdoj.gov

*Counsel for the United States of America*