**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

THE UNITED STATES OF AMERICA.

Plaintiff,

v.

CITY OF NEWARK, *et al.*

Defendants.

Civ. No. 2:25-cv-05081-EP-AME

**NOTICE TO THE COURT**

Pursuant to the Court's Order of September 25, 2026, Plaintiff, the United States of America, hereby submits for entry by the Court the attached proposed Final Judgment dismissing this action without prejudice. Plaintiff has conferred with Defendants, the Cities of Newark, Jersey City, Paterson, and Hoboken, and the City Councils, Council Presidents, and Mayors of Newark, Jersey City, Paterson, and Hoboken, but the parties have not come to an agreement on the final form of the proposed Final Judgment.

Plaintiff respectfully submits that the proposed Final Judgment dismissing the Complaint without prejudice is the correct course for purposes of finality and is consistent with *Aldossari on Behalf of Aldossari v. Ripp*, 49 F.4th 236, 262 (3d Cir. 2022) (explaining that a final order dismissing the complaint without prejudice is the correct course for purposes of finality because a jurisdictional dismissal does not go to the merits).

DATED: October 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

*/s/ Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director (DC Bar No. 44423)
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste 6400 South
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

*Attorneys for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all attorneys of record.

DATED: October 1, 2026

Respectfully submitted,

*/s/ Robert O. Lindefjeld*

ROBERT O. LINDEFJELD
Assistant Director (DC Bar No. 44423)
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste. 6400 South
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

*Attorney for Plaintiff United States of America*