**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE UNITED STATES OF AMERICA.<br><br>Plaintiff,<br>v.<br><br>CITY OF NEWARK, *et al.*<br><br>Defendants. | No. 2:25-cv-05081-EP-AME<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's June 24, 2026 Opinion and Order, ECF Nos. 78 & 79, this action is dismissed without prejudice, and judgment is entered in favor of Defendants.

IT IS ORDERED that the Court’s prior Order dated June 24, 2026, dismissing the Complaint without prejudice is hereby converted into a FINAL JUDGMENT dismissing the action without prejudice. The Clerk of the Court shall mark this matter as CLOSED.

Evelyn Padin 10/6/2026
EVELYN PADIN
United States District Judge